Certificate Number: 05781-NJ-DE-037783661

Bankruptcy Case Number: 23-14800



05781-NJ-DE-037783661

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 21, 2023, at 7:25 o'clock AM PDT, Teresa Lai completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   September 21, 2023             By:    /s/Allison M Geving

                                       Name:  Allison M Geving

                                       Title: President