UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Melissa Wotton, Esq.
The Law Office of Charles A. Higgs
2 Depot Plaza First Floor, Office 4
Bedford Hills, NY 10507
Phone: (917) 673-3768
Email: melissa@freshstartesq.com

In Re:

Teresa Lai

Order Filed on October 25, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 23-14800-JKS

Chapter: 13

Judge: John K. Sherwood

# ORDER RESPECTING REQUEST FOR EXTENSION
# OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 25, 2023**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on July 12, 2023 :

Property: 11 Klein Court, Old Tappan, NJ 07675

Creditor: Fay Servicing as servicer to U.S. Bank Trust National Association

and a Request for

[X] Extension of the Loss Mitigation Period having been filed by Debtor , and for good cause shown,

[ ] Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown,

It is hereby ORDERED that,

[X] The Loss Mitigation Period is extended up to and including January 1, 2024 .

[ ] The Loss Mitigation Period is terminated, effective _____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*

2