MELISSA WOTTON  
THE LAW OFFICE OF CHARLES HIGGS  
2 DEPOT PLAZA  
STE FIRST FLOOR, SUITE 4  
BEDFORD HILLS, NY  10507

Re:  TERESA LAI  
    11 KLEIN COURT  
    OLD TAPPAN,  NJ  07675

Atty:  MELISSA WOTTON  
    THE LAW OFFICE OF CHARLES HIGGS  
    2 DEPOT PLAZA  
    STE FIRST FLOOR, SUITE 4  
    BEDFORD HILLS, NY  10507

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024**  
Chapter 13 Case # 23-14800

### RECEIPTS AS OF 01/01/2024 (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 07/24/2023 | $155.00 | 28879699713 | 08/09/2023 | $155.00 | 28824432052 |
| 09/06/2023 | $155.00 | 28879795102 | 10/10/2023 | $155.00 | 28879784166 |
| 11/07/2023 | $155.00 | 29057047560 | 12/11/2023 | $155.00 | 29055128951 |

**Total Receipts: $930.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $930.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024 (Please Read Across)

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 67.41 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 1,500.00 | 100.00% | 862.59 | 637.41 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | CITIBANK NA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | FAY SERVICING LLC | (NEW) Prepetition A | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | HOME DEPOT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | M&T BANK | (NEW) Prepetition A | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | MACY'S | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | CITIBANK NA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0011 | JPMORGAN CHASE BANK NA | UNSECURED | 25,744.74 | 100.00% | 0.00 | 25,744.74 |

**Total Paid:  $930.00**  
See Summary

**Chapter 13 Case # 23-14800**

# SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 12, 2024.

Receipts: $930.00        -    Paid to Claims: $0.00        -    Admin Costs Paid: $930.00        =    Funds on Hand: $0.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.