UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)
Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ 07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

TERESA LAI

Case No.: 23-14800

Adv. No.:

Hearing Date:

Judge: JKS

## CERTIFICATION OF SERVICE

1. I, Keith Guarneri, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 01/17/2024, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Certification of Default**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
TERESA LAI
11 KLEIN COURT
OLD TAPPAN, NJ 07675
Mode of Service: Regular Mail

Attorney for Debtor(s):
MELISSA WOTTON
THE LAW OFFICE OF CHARLES HIGGS
2 DEPOT PLAZA
STE FIRST FLOOR, SUITE 4
BEDFORD HILLS, NY 10507
Mode of Service: Notice of Electronic Filing (NEF)

Dated: January 17, 2024

By: /S/ Keith Guarneri
    Keith Guarneri