

**Order Filed on March 22, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Melissa Wotton, Esq.
The Law Office of Charles Higgs
Attorney for Debtor
2 Depot Plaza
First Floor, Office 4
Bedford Hills, New York 10507
(917) 673-3768
melissa@freshstartesq.com

In Re:
Teresa Lai,
    Debtor.

Case No.: 23-14800-JKS
Chapter: 13
Judge: John K. Sherwood

## ORDER AUTHORIZING RETENTION OF

## WEIJIA LUO

The relief set forth on the following page is **ORDERED**.

**DATED: March 22, 2024**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the applicant's request for authorization to retain _____ Weijia Luo _____
as _____ Realtor _____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:   27 Bleeker Street
   Milburn, NJ 07041

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

rev.8/1/15

2